IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | 1:05-CV-00646 REC SMS P |
| Plaintiff, | |
| vs. | ORDER TRANSFERRING CASE |
| INMATE APPEALS BRANCH, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff alleges violations of his civil rights by defendants. Defendants reside in Sacramento County which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States district Court for the Eastern District of

1  California sitting in Sacramento; and

2      2. All future filings shall reference the new Sacramento case number assigned and shall be filed

3  at:

4      United States District Court

5      Eastern District of California

6      501 "I" Street, Suite 4-200

7      Sacramento, CA 95814.

8

9  IT IS SO ORDERED.

10  **Dated:   June 28, 2005**          **/s/ Sandra M. Snyder**
    i0d3h8                    UNITED STATES MAGISTRATE JUDGE